**CLERK'S COURTROOM MINUTE SHEET**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:25-cr-20071-HLT-1** |
| **JULIA ROBERTS,** | |
| **Defendant.** | |

**Attorney for Plaintiff:**     **Ryan Huschka & Michelle McFarlane**
**Attorney for Defendant:**     **Laquisha Ross**

| JUDGE: | District Judge Holly L. Teeter | DATE: | 6/30/2026 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | n/a | PROBATION: | Amanda Hudson |

☒  For Details of Sentence See Judgment and Commitment Order

☒  Restitution Ordered under 18:3663          $    979,962.15     on count(s)
                                                                                        $ _____   on count(s)

☒  **Total Restitution:**                                **$    979,962.15**

☐  Defendant Fined                                    $ _____   on count(s)
                                                                                        $ _____   on count(s)

☐  **Total Fine:**                                          $ _____

☒  Defendant Assessed under 18:3013        $          100.00        on count(s)
                                                                                        $ _____   on count(s)

☒  **Total Assessment:**                              **$          100.00**

☒  Count(s) <u>all remaining counts</u>  dismissed by the Court on the motion of the United States.
☒  Government  ☒ Defendant    - Advised of right to appeal
☒  Defendant to voluntarily surrender: to BOP custody
☐  Defendant remanded to custody
☐  Stay of Execution    ☐ Granted       ☐ Denied
☒  Notes: Defendant and counsel appear in person. The Court confirms that Defendant received and reviewed with counsel the presentence investigation report. Doc. 37. Defendant has no objections.