**CLERK'S COURTROOM MINUTE SHEET**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

VICKI ROBINSON,

      Defendant.

**Case No. 2:25-cr-20071-HLT-2**

**Attorney for Plaintiff:**     **Ryan Huschka & Michelle McFarlane**
**Attorney for Defendant:**     **Branden Bell**

| JUDGE: | District Judge Holly L. Teeter | DATE: | 6/30/2026 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | n/a | PROBATION: | Amanda Hudson |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663                 $    979,962.15     on count(s)
                                               $                  on count(s)

☒ **Total Restitution:**                        **$    979,962.15**

☐ Defendant Fined                             $                  on count(s)
                                               $                  on count(s)

☐ **Total Fine:**                                $

☒ Defendant Assessed under 18:3013          $         100.00     on count(s)
                                               $                  on count(s)

☒ **Total Assessment:**                      **$    100.00**

☒ Count(s) <u>all remaining counts</u> dismissed by the Court on the motion of the United States.
☒ Government ☒ Defendant     - Advised of right to appeal
☒ Defendant to voluntarily surrender: to BOP custody
☐ Defendant remanded to custody
☐ Stay of Execution     ☐ Granted     ☐ Denied
☒ Notes: Defendant and counsel appear in person. The Court confirms that Defendant received and reviewed with counsel the presentence investigation report. Doc. 36. Defendant has no objections.